**Robert CARTWRIGHT; Denise O. Sawyer, Administratrix of the Estate of Jonathan Sawyer, III, Plaintiffs–Appellants,**

**and**

**Jonathan Sawyer, Plaintiff,**

v.

**TOWN OF PLYMOUTH, NORTH CAROLINA; Kenneth Creque; Joanne Floyd, Defendants–Appellees.**

No. 15–2180.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2016.

Decided: April 29, 2016.

Walter S. Webster, The Webster Law Firm, Goldsboro, North Carolina, for Appellants. M. Robin Davis, Ann H. Smith, Jackson Lewis P.C., Raleigh, North Carolina, for Appellees.

Before MOTZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cartwright and Denise O. Sawyer appeal the district court's orders dismissing their complaint pursuant to Fed. R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cartwright v. Town of Plymouth, NC,* No. 2:14–cv–00039–FL (E.D.N.C. Mar. 26 & Sept. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*